[No. 902.   Decided November 22, 1893.]

MICHIGAN MANUFACTURING COMPANY, *Respondent*, v. A. R. SAUNDERS, *Appellant*.

APPEAL — SETTLEMENT OF STATEMENT — AUTHORITY OF EX-JUDGE.

The act of January 21, 1893, authorizing certain judges whose term of office has expired to settle and certify statements of fact, does not empower such judges to transfer the matter to their successors in office.

*Appeal from Superior Court, Pierce County.*

*Delamater & Miller*, for appellant.

*A. R. Titlow*, for respondent.

The opinion of the court was delivered by

STILES, J. — We are of the opinion that the act of January 21, 1893 (Laws, p. 6), authorizing judges whose term of office expired on the second Monday of January to settle and certify statements of facts, did not authorize such a judge, instead of settling and certifying the facts himself, to transfer the matter to his successor in office. Therefore the motion to strike appellant's statement is granted, and the cause dismissed, since it is an equitable action.

DUNBAR, C. J., and HOYT and ANDERS, JJ., concur.

SCOTT, J., concurs in the result.